EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Orden Administrativa | 2001 TSPR 139 |
| | 155 DPR _____ |

Número del Caso: OA-2001-1

Fecha: 18/octubre/2001

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
OFICINA DEL JUEZ PRESIDENTE

**ORDEN ADMINISTRATIVA**

Instrucciones para el control de personas y recibo de paquetes, sobres, artículos y otros objetos

San Juan, Puerto Rico, a 18 de octubre de 2001

Inmediatamente se observarán <u>estrictamente</u> las siguientes instrucciones referentes al recibo de paquetes, libros, artículos, sobres y cualquier otro objeto, incluyendo, los recursos y escritos o cualquier documento a radicarse en la Secretaría de este Tribunal, de hoy en adelante.

1. En la caseta del guardia en la entrada a los predios del Tribunal, el personal asignado identificará por cualquier medio razonable de identificación, como licencia de conducir, tarjeta electoral, o cualquier otra identificación con retrato, a la persona que hace la entrega, a menos que sea una persona conocida del empleado o funcionario que lo reciba. El nombre y dirección de toda persona que acuda al Tribunal a hacer una entrega será anotado inmediatamente en el correspondiente registro a ser llevado a tales fines por el guardia o los guardias de turno y/o el alguacil o los alguaciles que estén laborando en la mencionada caseta de entrada.

2.	Ningún funcionario o empleado de este Tribunal, incluyendo aquellos adscritos o que realizan labores en la Secretaría del mismo aceptará objeto, artículo o documento alguno, no importa su naturaleza, de persona desconocida, a menos que la persona que hace la entrega sea identificada por la persona que lo recibe en la forma descrita anteriormente.  En la Secretaría del Tribunal se proveerá un formulario a ser llenado por cada presentante de cualquier recurso, documento, artículo u objeto, en el que expresará su nombre, dirección, teléfono, número de seguro social y el nombre y dirección del remitente.  Una copia de dichos formularios se incluirá en el expediente de cualquier recurso que sea presentado de esta fecha en adelante, si es que la entrega está relacionada con la presentación de un recurso o con un recurso ya presentado.  El original del formulario, junto a los demás formularios que no tengan relación con recurso alguno, se archivaran por orden de fecha  en la forma en que disponga la Secretaria del Tribunal.

3.	No se aceptará objeto o artículo alguno cuyo remitente original no esté debidamente identificado.  Esto es, no serán aceptados objetos o artículos entregados por correo o  mediante algún servicio de entrega como Federal Express, UPS, DHL o cualquier otro, si de la envoltura, sobre, caja, documentos de entrega o en cualquiera otra forma, surja el nombre y dirección del remitente.   En caso de cualquier duda, sospecha, o falta de información, respecto a cualquier proceder con cualquier entrega que se intente hacer de artículo, documento u objeto alguno, se consultará inmediatamente al Alguacil del Tribunal, o a el/la Ayudante del Juez Presidente o a éste personalmente.  El funcionario autorizado llevará un registro de aquellos paquetes, libros, artículos, sobres y cualquier otro objeto o documento que no sea aceptado.

Además, se observarán las siguientes disposiciones:

4.	No entrará a los predios de este Tribunal persona alguna, incluyendo abogados, no importa que esté uniformada como policía, bombero, mensajero de cualquier servicio de entrega,  cartero del servicio postal, miembro de las Fuerzas Armadas o de la Guardia Nacional o que vista cualquier uniforme, a menos que sea personalmente identificado mediante la identificación oficial que necesariamente tendrá que portar dicha persona, expedida por la autoridad correspondiente.  De no tener dicha identificación no se permitirá su entrada a los predios del Tribunal a menos que se le dé cuenta inmediatamente al Alguacil del Tribunal para que proceda a hacer la identificación de la persona por cualquier otro medio supletorio razonable, como la licencia de conducir, tarjeta electoral o cualquier identificación con retrato y se anote su nombre y dirección en el libro de registro.

5.	Se exceptuará de la anterior disposición a toda aquella persona que pueda ser identificada personalmente por el funcionario a cargo de

controlar la entrada de personas o visitantes a este Tribunal, excepto que se anotará su nombre y dirección en el correspondiente libro de registro.

6.	Cualquier visitante a los predios del Tribunal con intereses turísticos, culturales o de otra índole, será identificado en la forma provista anteriormente.  En caso de grupos, no se permitirá la entrada de éstos a no ser mediante solicitud hecha a la Secretaria del Tribunal con no menos de 72 horas de antelación, la cual incluirá una lista de las personas del grupo, incluyendo sus respectivas direcciones y el propósito de la visita.  Dicha solicitud será firmada por la persona responsable del grupo.  La Secretaria del Tribunal notificará esta información por escrito al Alguacil del Tribunal.  En cualquiera de los casos a los cuales se refiere este inciso, no se permitirá la entrada al Tribunal a las personas que lleven consigo paquetes, bultos, bolsos, incluyendo bolsos de mano (carteras), a menos que no consientan al registro de tales objetos.

7.	Esta orden es de aplicación a todos los funcionarios y empleados de este Tribunal, no importa la dependencia, división, sección u oficina en que trabaje.

Todo funcionario o empleado del Tribunal que acepte un paquete, artículo, documento o cualquier otro objeto y que no tenga la obligación de mantener un registro al efecto, será responsable de perpetuar en la forma que estime razonable, el nombre y la dirección de la persona que hace la entrega, una vez identificada debidamente dicha persona, así como el nombre y la dirección del remitente.

8. Esta orden se cumplirá rigurosamente y se advierte que su incumplimiento, podrá acarrear severas medidas disciplinarias. El Alguacil y la Secretaria someterán al Juez Presidente para su aprobación, las normas y procedimientos que sean necesarias para el fiel y ordenado cumplimiento de la misma.


Lo decretó y firma.


Publíquese.



José A. Andréu García
Juez Presidente